IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONATHAN SIGLER,** | **CIVIL ACTION** |
| Plaintiff, | |
| v. | **NO. 20-4198-KSM** |
| **TRANS UNION LLC, et al.,** | |
| Defendants. | |

## ORDER

**AND NOW**, this 7th day of March, 2022, upon consideration of Defendant Trans Union LLC's Motion for Judgment on the Pleadings (Doc. No. 31), Plaintiff's Response in Opposition to Defendant, Trans Union's Motion for Judgment on the Pleadings (Doc. No. 35), Trans Union's Reply in Support of its Motion for Judgment on the Pleadings (Doc. No. 38), Trans Union's Notice of Supplemental Authority in Support of its Motion for Judgment on the Pleadings (Doc. No. 39), Trans Union's Second Notice of Supplemental Authority in Support of its Motion for Judgment on the Pleadings (Doc. No. 40), and Trans Union's Third Notice of Supplemental Authority in Support of its Motion for Judgment on the Pleadings (Doc. No. 41), it is **ORDERED** as follows:

1. Defendant Trans Union's Motion for Judgment on the Pleadings (Doc. No. 31) is **GRANTED**.

2. Plaintiff **SHALL** seek leave to amend its complaint by **March 21, 2022**, if at all.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.