# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONATHAN SIGLER,** | **CIVIL ACTION** |
| Plaintiff, | |
| v. | **NO. 20-4198-KSM** |
| **TRANS UNION LLC, et al.,** | |
| Defendants. | |

## ORDER

**AND NOW**, this 19th day of May, 2022, upon consideration of Plaintiff's Motion to Amend Complaint (Doc. No. 44) and Defendant Trans Union, LLC's Response in Opposition to Plaintiff's Motion to Amend Complaint (Doc. No. 45), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**. The Clerk of Court shall mark this matter **CLOSED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.